FILED

2008 FEB 14 AM 10: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2882-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GUILLERMO BARRETO-ORTIZ (1), MAGDALENA MAULEON (2), | ) |
| Defendant. | ) |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The United States government and its agents preserve all narcotics, including but not limited to, the marijuana, marijuana plants, and packaging seized in the above-referenced case until further order of the Court or verdict by a jury. The United States government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the narcotics and packaging unless there exists emergency application to this Court, notice to Defendants and an opportunity to respond by all counsel.

**IT IS SO ORDERED**.

Dated: 2/14/08

HONORABLE ROGER T. BENITEZ
United States District Court Judge